**SALAMON, GRUBER, BLAYMORE & STRENGER, P.C.**

SUITE 102

| | | |
|---|---|---|
| MICHAEL D. BLAYMORE | 97 POWERHOUSE ROAD | |
| ROBERT A. CLINARD | ROSLYN HEIGHTS, N.Y. 11577-2016 | |
| CRAIG M. GRUBER | (516) 625-1700 | |
| DAVID GRUBER | ———————— | |
| SANFORD STRENGER | TELECOPIER NO. (516) 625-1795 | |
| PATRICK K. YU | WWW.SGNBLAW.COM | Writer's Direct E. Mail: sstrenger@sgnblaw.com |

May 5, 2023

**VIA ECF ONLY**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application **GRANTED**. The initial pretrial conference scheduled for May 17, 2023, is adjourned to **May 31, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **May 24, 2023, at 12:00 P.M.**
>
> Dated: May 9, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   *Valdez v. Ordela, LLC, et al.*, Case No. 1:23-cv-02737-LGS-RWL
       Letter requesting adjournment of dates provided for in order of April 4, 2023

Dear Judge Schofield:

      This firm represents Defendant Wingstop Restaurants, Inc. ("Winstop") in the above-referenced matter. Per the parties request the time for Defendants to answer move in the above-referenced matter has been adjourned by the Court to May 30, 2023.

      On consent of all parties we respectfully request the date of the initial conference in this matter, currently scheduled for May 17, 2023, be adjourned until after May 30, 2023, and that the date of submission of the joint letter required in your order of April 4, 2023, currently scheduled for May 10, 2023, likewise be adjourn to seven (7) days prior to the conference date.

      The Defendants are in the process of investigating the issues of ADA non-compliance set forth in the Complaint, expect to have that investigation completed by May 15, 2023 and wish to then have meaningful conversations with Plaintiff's Counsel concerning the matter.

      The requests made in this letter have not been made prior.

      Thank you.

Very truly yours,

Sanford Strenger

cc: Counsel of Record (via ECF only) & Email