UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIZABETH VALDEZ,
                            Plaintiff,

             -against-                               23 Civ. 2737 (LGS)

                                                ORDER
ORDELA, LLC, et al.,
                            Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held on August 23, 2023.  For the reasons discussed at the conference, it is hereby

       **ORDERED** that by **September 22, 2023**, Plaintiff shall file her expert report.  It is further

       **ORDERED** that by **October 6, 2023**, Defendants shall file their rebuttal reports.  It is further

       **ORDERED** that the parties shall participate in a settlement conference before Judge Lehrburger after the exchange of reports.  A referral to a settlement conference before Judge Lehrburger will issue separately.  It is further

       **ORDERED** that Defendants' time to answer or otherwise respond to the Complaint is adjourned *sine die*.  It is further

       **ORDERED** that discovery is stayed as to Plaintiff's damages but otherwise, and except as ordered above, shall proceed as previously scheduled.

Dated: August 24, 2023
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE