UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIZABETH VALDEZ,
                          Plaintiff,

              -against-                       23 Civ. 2737 (LGS)

                                                         ORDER
ORDELA, LLC, et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties filed a joint status letter on November 7, 2023, in which Plaintiff objects to Defendants' plan to serve a supplemental expert report;

      WHEREAS, the parties also propose summary judgment briefing schedules.  It is hereby

      **ORDERED** that Defendants shall serve any supplemental expert report by **December 15, 2023**, and Plaintiff shall serve any rebuttal report within **30 days** thereafter.  The parties may revise these deadlines without application to the Court, provided that all expert discovery is completed by January 18, 2024.  It is further

      **ORDERED** that the parties shall confer live and in real time for at least one hour in an effort to resolve promptly their remaining discovery disputes.  The parties are warned that any disputes must be raised with the Court sufficiently in advance so as not to interfere with the fact discovery deadline.  It is further

      **ORDERED** that, if only one side moves for summary judgment, by **March 6, 2024**, the movant shall file its motion for summary judgment, with a memorandum of law not to exceed 15 pages.  By **March 20, 2024**, the opposing party shall file its opposition, not to exceed 15 pages.  By **March 27, 2024**, the movant shall file its reply, not to exceed 6 pages.  It is further

      **ORDERED** that, if the parties cross-move for summary judgment, by **March 6, 2024**,

Defendants shall file their motion for summary judgment, with a memorandum of law not to exceed 20 pages.  By **March 27, 2024**, Plaintiff shall file her opposition and cross-motion for summary judgment, not to exceed 30 pages.  By **April 17, 2024**, Defendants shall file their reply and opposition to Plaintiff's cross-motion for summary judgment, not to exceed 20 pages.  By **April 24, 2024**, Plaintiff shall file her reply in support of her cross-motion, not to exceed 10 pages.  Notwithstanding the aforementioned page allocation, the parties may reallocate the page numbers as they deem appropriate, so long as neither party exceeds 40 pages of briefing in total.  The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.  It is further

       **ORDERED** that any motion for summary judgment should be limited to the federal claim.

Dated: November 9, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE